# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 17-10374-ELF

WINESKA MARIN

2675 Finley Avenue

Bensalem, PA 19020

            Debtor

### CERTIFICATE OF SERVICE

       **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

       **Debtor(s), at the address listed, by first class mail.**
           WINESKA MARIN

           2675 Finley Avenue

           Bensalem, PA 19020

       **Counsel for debtor(s), by electronic notice only.**
           STEPHEN MATTHEW DUNNE
           1515 MARKET ST
           SUITE 1200
           PHILA, PA 19102-

       **Counsel for the United States Trustee, by electronic notice only.**
           Office of the U.S. Trustee
           Eastern District of Pennsylvania
           833 Chestnut Street, Suite 500
           Philadelphia, PA  19107

                                      /s/ William C. Miller

Date: 3/10/2017

                                    _____
                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee