# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Wineska Marin, aka Wineska Nieves, aka Wineska Nafti<br>　　　　　　Debtor | CHAPTER 13 |
| JPMC Specialty Mortgage LLC<br>　　　　　　Movant<br>　　　vs.<br>Wineska Marin, aka Wineska Nieves, aka Wineska Nafti<br>　　　　　　Debtor | NO. 17-10374 ELF<br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of JPMC Specialty Mortgage LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about April 3, 2017 (Doc. No. 17).

Respectfully submitted,

**/s/ Matteo S. Weiner, Esquire**
Matteo S. Weiner, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-427-1322
Attorneys for Movant

Dated: July 10, 2017