# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| WINESKA MARIN | : | |
| | : | |
| DEBTOR | : | CASE NO:    17-10374-ELF |
| _____ | : | |

## ORDER APPROVING COUNSEL FEE

AND NOW, this  14th  day of  July  2017, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED that compensation in the amount of **$3,500.00** is **ALLOWED** and the balance due counsel in the amount of **$1,750.00** shall be disbursed to counsel for the Debtor by the Standing Chapter 13 Trustee  to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**