# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-10374-ELF

WINESKA MARIN

2675 FINLEY AVENUE

BENSALEM, PA 19020

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  WINESKA MARIN

  2675 FINLEY AVENUE

  BENSALEM, PA 19020

Counsel for debtor(s), by electronic notice only.

  STEPHEN MATTHEW DUNNE
  1515 MARKET ST
  SUITE 1200
  PHILA, PA 19102-

Date: 7/13/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee