United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-10374-elf
Wineska Marin                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: May 01, 2019
                             Form ID: pdf900          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
```
db             +Wineska Marin,    2675 Finley Avenue,    Bensalem, PA 19020-5309
13853360       +Aria Health,    PO Box 8500 - 6395,    Philadelphia, PA 19178-8500
13853361       +Bucks County Courthouse,    55 E. Court Street,    Doylestown, PA 18901-4331
13853362       +Chase,    PO BOX 469030,    Denver, CO 80246-9030
13853363       +Chase,    PO BOX 78420,    Phoenix, AZ 85062-8420
13853364       +Chase Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
13853367       +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
13853369       +Houghton Music LLC,    c/o Van Embden, Van Embden and Giordano,    900 East Pine Street,
                PO BOX 863,    Millville, NJ 08332-0863
13921071       +JPMC Specialty Mortgage LLC,    Attn: Correspondence Mail,    Mail Code LA4-5555,
                700 Kansas Lane,    Monroe LA 71203-4774
13853372       +JPMC Specialty Mortgage LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
13853373       +KML Law Group, P.C.,    BNY Mellon Independence Center,    Suite 5000,    701 Market Street,
                Philadelphia, PA 19106-1541
13853375       +MDS/Medical Data Systems,    201-9th Ave,    Ste 312,    Vero Beach, FL 32962
13853374       +McCullough Rubbish Removal,    PO BOX 157,    Langhorne, PA 19047-0157
13853378       +Medical Revenue Service,    PO BOX 938,    Vero Beach, FL 32961-0938
13853379       +Northland Group,    PO BOX 129,    Thorofare, NJ 08086-0129
13853380       +Northland Group Inc.,    P.O. Box 390905,    Minneapolis, MN 55439-0905
13853382       +Progressive Management Systems,    PO BOX 2220,    West Covina, CA 91793-2220
13853383       +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
13853387       +Superior Court of New Jersey,    Law Division, Special Civil Part,    1 North Broad Street,
                Woodbury, NJ 08096-4602
13853390       +The Children's Hospital of Philadelphia,    PO BOX 787802,    Philadelphia, PA 19178-7802
13853389       +The Children's Hospital of Philadelphia,    Lockbox # 7802,    PO BOX 8500,
                Philadelphia, PA 19178-8500
13853391       +Tri-State Adjustments Inc.,    PO BOX 3219,    La Crosse, WI 54602-3219
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 02 2019 03:44:43     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 02 2019 03:44:04
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 02 2019 03:44:39     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13853359       +E-mail/Text: bkrpt@retrievalmasters.com May 02 2019 03:44:23
                American Medical Collection Agency,    4 West Chester Plaza,    Suite 110,
                Elmsford, NY 10523-1615
13853365       +E-mail/Text: compliance@chaserec.com May 02 2019 03:45:12     Chase Receivables,
                1247 Broadway,    Sonoma, CA 95476-7503
13853366       +E-mail/Text: kla228@yahoo.com May 02 2019 03:45:13     Endocrine Metabolic Assoc PC,
                9501 Roosevelt Blvd, Suite 400,    Philadelphia, PA 19114-1029
13853368       +E-mail/Text: bnc-bluestem@quantum3group.com May 02 2019 03:45:06     Fingerhut,
                6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
13853370       +E-mail/Text: info@colesmusicservice.com May 02 2019 03:45:06     Houghton Music LLC,
                471 Main Street,    Sewell, NJ 08080-4318
13908260        E-mail/Text: JCAP_BNC_Notices@jcap.com May 02 2019 03:44:33     Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
13853371        E-mail/Text: JCAP_BNC_Notices@jcap.com May 02 2019 03:44:33     Jefferson Capital Systems, LLC,
                16 Mcleland Rd,    Saint Cloud, MN 56303
13853381        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 03:56:29
                Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13853388       +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:42:37     Synchrony Bank/JC Penney Pr,
                Po Box 965064,    Orlando, FL 32896-5064
                                                                              TOTAL: 12
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
13853376*      +MDS/Medical Data Systems,    201-9th Ave,    Ste 312,    Vero Beach, FL 32962
13853377*      +MDS/Medical Data Systems,    201-9th Ave,    Ste 312,    Vero Beach, FL 32962
13853384*      +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
13853385*      +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
13853386     ##+Red Lion Pediatrics,    3998 Red Lion Road, Suite 215,    Philadelphia, PA 19114-1440
                                                                TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: ChrissyW          Page 2 of 2              Date Rcvd: May 01, 2019
                               Form ID: pdf900         Total Noticed: 34
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

```
Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
          KEVIN G. MCDONALD   on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER   on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
          STEPHEN MATTHEW DUNNE    on behalf of Debtor Wineska  Marin bestcasestephen@gmail.com,
           dunnesr74587@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                         TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

WINESKA MARIN                                    Chapter 13

                    Debtor                       Bankruptcy No. 17-10374-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

   **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion
to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that
counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated
(if such has not been previously filed); and it is further

   **ORDERED**, that any wage orders are hereby vacated.

**Date: May 1, 2019**
                                                 _____
                                                      Eric L. Frank
                                                      Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-


Debtor:
WINESKA MARIN

2675 FINLEY AVENUE

BENSALEM, PA 19020